IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Norman T. Brady, *and all those similarly situated*, | ) | C/A No. 0:16-3518-MBS-PJG |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| Beaufort County South Carolina, *Commission Beaufort County*; State of South Carolina, *et al.*; Col. Grant, *Administrator*; Mr. Duffy Stone, *Assist Solicitor General*; Sheriff Tanner, *Sheriff Beaufort County*, | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

On October 26, 2016, Plaintiff Norman T. Brady, a *pro se* pretrial detainee at the Beaufort County Detention Center*,* in Beaufort, South Carolina, filed this civil rights action pursuant to 42 U.S.C. § 1983. By order dated November 9, 2016, Plaintiff was directed to bring the case into proper form by (1) submitting a filing fee or appropriate application to proceed in forma pauperis; (2) completing summons forms for each Defendant; (3) completing Forms USM-285 for each Defendant; and (4) completing and signing a standard complaint form. Plaintiff was warned that failure to inform the court of address changes could result in his case being dismissed for violating the order. See Fed. R. Civ. P. 41(b).

On November 28, 2016, Plaintiff filed an amended complaint; motion for leave to proceed in forma pauperis; a form summons addressed to "Beaufort County South Carolina et al."; and Forms USM-285 for "Beaufort County South Carolina," listing the Jail and Sheriff's Office. On December 22, 2016, a second proper form order directed Plaintiff to (1) complete the summons to include the

names of each Defendant, and (2) complete and return a separate Form USM-285 for each Defendant.  On January 1, 2016, the envelope containing Plaintiff's copy of the second proper form order was returned to the Clerk of Court stamped "Return to Sender: Inmate Released." (ECF No. 18.)

Plaintiff has not provided the court with a new address, as required.  It appears Plaintiff may have abandoned the within action.  Accordingly, the case is **dismissed,** ***without prejudice***, pursuant to Rule 41(b).

**IT IS SO ORDERED**.


/s/ Margaret B. Seymour
Senior United States District Judge

Columbia, South Carolina

February 14, 2017

### NOTICE OF RIGHT TO APPEAL

The parties are hereby notified of the right to appeal this Order within the time period set forth under Rules 3 and 4 of the Federal Rules of Appellate Procedure